VI'I PITA, Plaintiff/Counterdefendant,

v.

MIRIAMA GARRETT and RICHARD GARRETT,
Defendants/Counterclaimants/Cross-Claimants,

v.

TERRITORIAL REGISTRAR and SURVEY MANAGER OF THE
DEPARTMENT OF PUBLIC WORKS, MEKO AIUMU, Cross-
Defendants.

---

TIMU LEVALE, by and on behalf of the TIMU FAMILY, Plaintiffs,

v.

RAY McMOORE, SESE McMOORE, and IOANE FE`AFE`AGA
ENE, Defendants.

---

AMERICAN SAMOA GOVERNMENT, Plaintiff,

v.

HEIRS OF IOANE FE`AFE`AGA ENE, aka MAUGA
FE`AFE`AGA ENE, TOLANI TELESO FUGA, ELETISE MATAGI
WOLMAN, SENEVEFA PRITT, TIMU LEVALE, on behalf of the
TIMU FAMILY, RAY McMOORE, SESE McMOORE aka SESE
SAGAPOLU, VI`I PITA, PERALITA CANDY FUAVAI,
ZAUINAOLA LAUAMA, FIALE NIKO, aka SOVITA SUAFO`A,
SOVITA LIVING TRUST, MIRIAMA GARRETT, AMERIKA
SAMOA BANK, and DOES 1-10, Defendants.

---

TERRITORIAL REGISTRAR, on behalf of the HEIRS OF IOANE
FE`AFE`AGA ENE, Claimants,

v.

TELESIA FE`A FIAME, on behalf of the FE`A FAMILY, ELETISE
MATAGI WOLMAN, SENOUEFA PRITT, TAUINOLA
LAUAMA, FUGA TOLANI TELESO, VI`I PITA, FIALE LARSON,
aka FIALE NIKO, aka SOVITA SUAFOA, AND SOVITA LIVING
TRUST, Objectors.

---

**SINAVAIANA M. ULUFALE, Administrator of the Estate of IOANE FE`AFE`AGA ENE, Claimant,**

**v.**

**TELESIA FE`A FIAME, FA`AMOE I HOLEWYNE, AFOA L. SU`ESU`E LUTU, on behalf of PEARLITA FUAVAI, MARSHALL ASHLEY on behalf of ELETISE M. WOLMAN, SENOUEFUA RITT, TAUINAOLA LAUAMA, FUGA TELESO, VI`I PITA, FIALE LARSON, aka FIALE NIKO, aka SOVITA SUAFO`A, and SOVITA LIVING TRUST, and FE`AFE`AGA TAUAMO II, Objectors.**

---

**FA`AMAMAFA POLOA and LUSI POLOA, Intervenors.**

High Court of American Samoa
Land and Titles Division

LT No. 14-93
LT No. 20-93
LT No. 10-95
LT No. 20-96
LT No. 01-98

July 9, 2004

Before RICHMOND, Associate Justice, LOGOAI, Chief Associate Judge, and TAPOPO, Associate Judge.

Counsel: For Plaintiff/Counterdefendant/Defendant/Objector Vi`i Pita, and Defendants/Objectors Tolani Teleso Fuga, Eletise Matagi Wolman, Senouefa Pritt, Tauinaola Lauama, Fiale Niko, Sovita Living Trust, and Objector Marshall Ashley, Marshall Ashley and David P. Vargas

For Defendants/Counterclaimants/Cross-Claimants Miriama Garrett and Richard Garrett, Defendant Ioane Fe`afe`aga Ene,

Claimants Sinaviana M. Ulufale, Administrator, and Estate of
Ioane Fe`afe`aga Ene, David Wagner
For Defendant Peralita Candy Fuavai, and Objector Afoa L.
Su`esu`e Lutu, Afoa L. Su`esu`e Lutu
For Objectors Telesia Fe`a-Fiame and Fe`afe`aga Tauamo II,
Robert K. Maez
For Intervenors Fa`amamafa Poloai and Lusi Poloai, Katopau
T. Ainuu

### ORDER DENYING MOTION
### FOR RECONSIDERATION

We denied Objector Telesia Fe'a Fiame's ("Fiame") motion for relief
from judgment and for a new trial. *Pita v. Garrett*, 8 A.S.R.3d 234 (Land
and Titles Div. 2004). Fiame moves for reconsideration.

 We deny a second T.C.R.C.P. 60(b) motion that is based on the
same grounds as a prior T.C.R.C.P. 60(b) motion. *Tupuola v. Williams*, 8
A.S.R.3d 270 (Land and Titles Div. 2004). Here, Fiame presents no new
grounds for why we should reconsider our classification of the argument.
Rehashing the actions of her prior counsel, Fiame makes essentially the
same argument that we classified as T.C.R.C.P. 60(b)(1) when denying
her motion for relief from judgment or new trial. Accordingly, we deny
her motion for reconsideration.

### **Order**

The objector's motion for reconsideration is denied.

It is so ordered.